IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD CROWLEY, JR., and CYNTHIA CROWLEY, husband and wife, | ) ) ) | CIVIL ACTION |
| Plaintiffs, | ) ) | No. 08 - cv -117 |
| vs. | ) ) ) | |
| HEALTHAMERICA PENNSYLVANIA, INC., | ) ) | |
| Defendant. | ) | |

### STIPULATION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED by counsel for the parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that Defendant hereby withdraws its Motion to Dismiss the Complaint filed by Plaintiff; in consideration thereof, Plaintiff agrees to refile within twenty(20) days, an Amended Complaint which asserts a claim within the Employment Retirement Income Security Act of 1974, 29 U.S.C. §1001 *et seq.*

TUCKER ARENSBERG, P.C.

Dated: March 20, 2008          By: */s/ Kenneth G. Scholtz, Esquire*
                                   Kenneth G. Scholtz, Esquire
                                   1500 One PPG Place
                                   Pittsburgh, PA 15222
                                   (412) 566-1212
                                   Attorneys for Defendant, HealthAmerica
                                       Pennsylvania, Inc.

BALZARINI & WATSON

Dated: March 20, 2008          By: */s/Edward J. Balzarini, Jr, Esquire*
                                   Edward J. Balzarini, Jr., Esquire
                                   3303 Grant Building
                                   Pittsburgh, PA 15219
                                   Attorneys for Plaintiffs, Richard
                                       Crowley Jr., and Cynthia Crowley

SO ORDERED this 26th day of March, 2008.

_____
Gary L. Lancaster, U.S. District Judge

LIT:434280-1 014672-135032